# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action |
| v. | : | No. 4:14-CR-11-1-HLM-WEJ |
| TERRY EUGENE PEACE | : | |

## DECLARATION OF TERRY EUGENE PEACE

1.

My name is Terry Eugene Peace, and I am 52 years old. I am currently incarcerated at the United States Penitentiary in Atlanta, Georgia, and my United States Marshals registration number is 65789-019. I have been diagnosed with Post Traumatic Stress Disorder, Depression, Anxiety Disorder, and Nightmare Disorder. I suffer from a traumatic brain injury as well. My other medical conditions include asthma, hyperlipidemia, and hypothyroidism. I take a number of medications for these medical issues.

Although the presence of the coronavirus at my prison wasn't too scary at first, I am now realizing that the threat of contracting the virus is just going to increase as time goes on. Knowing that the coronavirus is here to stay at USP-Atlanta makes me feel very tense. I stress about being infected and faring far worse than others because of my underlying medical conditions. I also worry about not being able to make it home to see my wife and kids again. It's a frightening time.

The coronavirus at USP-Atlanta has also delayed access to my medication. For example, a couple weeks ago when my steroid inhaler ran out, it took the pharmacy four days to refill my order due to processing changes related to the

coronavirus. I am supposed to use this inhaler four times a day, and I had difficulty breathing and was wheezing until the pharmacy finally filled my prescription.

2.

I am currently housed in the D2-Unit. There are a 100 people in my unit. I share my cell, which is about 8 feet by 8 feet, with another inmate. In our cell, we have a single toilet and sink to share. There is also a communal area in our unit. In that area, there are six showers, three computers, and phones that are to be shared by all 100 of us. Groups of inmates are allowed to go into the common area for an hour and a half throughout the day. The guards do their best to keep inmates apart from one another in the common space, but people inevitably end up directly next to one another while waiting for the phone, watching television, or using the computer. It is also common for inmates to cluster together during this time to socialize. Despite everyone's best efforts, it is quite difficult to practice social distancing in here.

In terms of protective gear, I have been provided with one mask. Inmates and guards wear masks, but many inmates wear their masks on their chin leaving their nose and mouth exposed. To date, I have not been provided with any gloves, extra soap, or cleaning supplies. I don't have any hand sanitizer either. I have not observed any random testing for the coronavirus taking place. Based on my observations, it appears as if only those who exhibit symptoms are tested.

3.

If I am granted compassionate release, I plan to live with my wife and two kids in our home in Rome, Georgia. I look forward to applying the skills and knowledge I've learned in prison in the outside world. One life-changing

experience for me in prison has been earning my Associate's Degree in Biblical Studies. I gained more from the classes than just knowledge about religion. Prior to the classes, I had a mentality that I couldn't really talk to anyone — that I had to tough it out. The coursework on counseling really opened my eyes. It taught me how to be an effective counselor to others but also how to effectively communicate my thoughts and struggles to my own psychiatrist and psychologist. The classes also helped me restore my relationship with God. After my time in the military, I was angry with God. I have a whole different perspective now. I am eager to be actively involved in my church in Rome. I am also looking forward to doing more coursework and finally obtaining my Bachelor's Degree, getting involved in veterans' groups, and spending time with my family.

4.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 15th day of May, 2020.

*[signature]*
TERRY EUGENE PEACE