# Exhibit I

```
ATLF7  540*23 *            SENTENCE MONITORING           *      04-24-2020
PAGE 001         *           COMPUTATION DATA            *      14:11:33
                             AS OF 04-24-2020
```

REGNO..: 65789-019 NAME: PEACE, TERRY EUGENE


FBI NO...........: 687599XD8
ARS1.............: ATL/A-DES
UNIT.............: D UNIT                QUARTERS.....: D03-309U
DETAINERS........: NO                    NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 11-07-2023

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-07-2024 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: GEORGIA, NORTHERN
DOCKET NUMBER...................: 4:14-CR-11-01-HLM
JUDGE...........................: MURPHY
DATE SENTENCED/PROBATION IMPOSED: 08-28-2015
DATE COMMITTED..................: 10-22-2015
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  832     18:2232 DESTROY GOVT PROPRTY
OFF/CHG: 18:2332A(A)(2)(A) CONSPIRACY TO USE WEAPONS OF MASS
          DESTRUCTION

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   144 MONTHS
  TERM OF SUPERVISION............:     5 YEARS
  DATE OF OFFENSE................: 02-15-2014


G0002       MORE PAGES TO FOLLOW . . .
```

```
ATLF7  540*23 *              SENTENCE MONITORING           *     04-24-2020
PAGE 002 OF 002 *            COMPUTATION DATA              *     14:11:33
                             AS OF 04-24-2020
```

REGNO..: 65789-019 NAME: PEACE, TERRY EUGENE


------------------------CURRENT COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 03-06-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-08-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 08-28-2015
TOTAL TERM IN EFFECT............:   144 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    12 YEARS
EARLIEST DATE OF OFFENSE........: 02-15-2014

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     02-15-2014     08-27-2015

TOTAL PRIOR CREDIT TIME.........: 559
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 648
TOTAL GCT EARNED................: 324
STATUTORY RELEASE DATE PROJECTED: 05-07-2024
EXPIRATION FULL TERM DATE.......: 02-14-2026
TIME SERVED.....................:      6 YEARS      2 MONTHS      8 DAYS
PERCENTAGE OF FULL TERM SERVED..:  51.5

PROJECTED SATISFACTION DATE.....: 05-07-2024
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: 3-6-20 GCT UPDATED PURSUANT TO FSA K/RET


S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

```
ATLF7  542*22 *              SENTENCE MONITORING            *      04-24-2020
PAGE 001 OF 001 *              GOOD TIME DATA               *      14:11:50
                            AS OF  04-24-2020
```

```
REGNO...: 65789-019    NAME: PEACE, TERRY EUGENE
ARS 1...: ATL A-DES                                PLRA
COMPUTATION NUMBER..: 010                      PRT   ACT DT:
LAST UPDATED:  DATE.: 03-06-2020       FACL..: DSC      CALC: AUTOMATIC
UNIT................: D UNIT           QUARTERS............: D03-309U
DATE COMP BEGINS....: 08-28-2015       COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 559              TOTAL INOP TIME.....: 0
CURRENT REL DT......: 03-27-2025 THU   EXPIRES FULL TERM DT: 02-14-2026
PROJ SATISFACT DT...: 05-07-2024 TUE   PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                  ACTUAL SATISF METHOD:
DAYS REMAINING......:                  FINAL PUBLC LAW DAYS:
GED PART STATUS.....:                  DEPORT ORDER DATED..:


-------------------------GOOD CONDUCT TIME AMOUNTS-------------------------
```

| START DATE | STOP DATE | MAX DIS | POSSIBLE TO FFT | ACTUAL TOTALS DIS | FFT | VESTED AMOUNT | VESTED DATE |
|---|---|---|---|---|---|---|---|
| 02-16-2014 | 02-15-2015 | 54 | 54 | | | | |
| 02-16-2015 | 02-15-2016 | 54 | 108 | | | | |
| 02-16-2016 | 02-15-2017 | 54 | 162 | | | | |
| 02-16-2017 | 02-15-2018 | 54 | 216 | | | | |
| 02-16-2018 | 02-15-2019 | 54 | 270 | | | | |
| 02-16-2019 | 02-15-2020 | 54 | 324 | | | | |
| 02-16-2020 | 02-15-2021 | 54 | | | | | |
| 02-16-2021 | 02-15-2022 | 54 | | | | | |
| 02-16-2022 | 02-15-2023 | 54 | | | | | |
| 02-16-2023 | 02-15-2024 | 54 | | | | | |
| 02-16-2024 | 02-15-2025 | 54 | | | | | |
| 02-16-2025 | 02-14-2026 | 54 | | | | | |

```
     TOTAL EARNED AMOUNT.......................................:    324
     TOTAL EARNED AND PROJECTED AMOUNT.........................:    648
```

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Case 4:14-cr-00011-SCJ-WEJ   Document 151-9   Filed 05/21/20   Page 5 of 10

```
ATLF7            *      INMATE DISCIPLINE DATA        *      04-24-2020
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD   *      14:11:13

REGISTER NO: 65789-019 NAME..: PEACE, TERRY EUGENE
FUNCTION...: PRT          FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 04-24-2020
```

```
G5401        DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

```
   ATLF7  606.00 *        MALE CUSTODY CLASSIFICATION FORM      *      04-24-2020
   PAGE 001 OF 001                                                     14:12:05
                            (A) IDENTIFYING DATA
   REG NO..: 65789-019              FORM DATE: 05-29-2019        ORG: ATL
   NAME....: PEACE, TERRY EUGENE
                                     MGTV: GRTR SECU
   PUB SFTY: GRT SVRTY               MVED: 06-12-2020
                            (B) BASE SCORING
   DETAINER: (0) NONE              SEVERITY.......: (7) GREATEST
   MOS REL.: 62                    CRIM HIST SCORE: (00) 0 POINTS
   ESCAPES.: (0) NONE              VIOLENCE.......: (0) NONE
   VOL SURR: (0) N/A               AGE CATEGORY...: (2) 36 THROUGH 54
   EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                            (C) CUSTODY SCORING
   TIME SERVED.....: (4) 26-75%       PROG PARTICIPAT: (1) AVERAGE
   LIVING SKILLS...: (1) AVERAGE      TYPE DISCIP RPT: (5) NONE
   FREQ DISCIP RPT.: (3) NONE         FAMILY/COMMUN..: (4) GOOD


                        --- LEVEL AND CUSTODY SUMMARY ---
   BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
    +9   +18    -2       +7        LOW          MEDIUM          IN     DECREASE


   G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
ATLF7           *      INMATE EDUCATION DATA      *      04-24-2020
PAGE 001 OF 001 *          TRANSCRIPT            *      14:12:18

REGISTER NO: 65789-019    NAME..: PEACE                FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: ATL-ATLANTA USP            .

------------------------- EDUCATION INFORMATION  ---------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
ATL  ESL HAS    ENGLISH PROFICIENT         01-12-2016 1304 CURRENT
ATL  GED HAS    COMPLETED GED OR HS DIPLOMA 01-12-2016 1304 CURRENT

------------------------- EDUCATION COURSES  ---------------------------
SUB-FACL   DESCRIPTION                   START DATE  STOP DATE EVNT AC LV  HRS
ATL        BIBLE COLLEGE ASSOCIATE DEGREE 11-04-2016 08-14-2018  C  C  P    0
ATL        COMMUNITY RESOURCES           12-07-2017 12-07-2017  P  C  P    2
ATL        VETERANS AFFAIRS              12-15-2016 01-18-2017  P  C  P    1
ATL        RESUME                        04-05-2016 06-21-2016  P  C  P   16
ATL        BUSINESS MANAGEMENT           04-05-2016 06-15-2016  P  C  P   16
ATL        RPP1 AIDS & DISEASE PREVENTION 11-03-2015 11-03-2015  P  C  P    1
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```



# Individualized Reentry Plan - Program Review (Inmate Copy)

SEQUENCE: 01968806

Dept. of Justice / Federal Bureau of Prisons

Team Date: 01-23-2020

Plan is for inmate: PEACE, TERRY EUGENE 65789-019

| | | | |
|---|---|---|---|
| Facility: | ATL ATLANTA USP | Proj. Rel. Date: | 07-30-2024 |
| Name: | PEACE, TERRY EUGENE | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 65789-019 | DNA Status: | ATL11410 / 10-23-2015 |
| Age: | 51 | | |
| Date of Birth: | ▮▮▮▮▮ | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ATL | DRAPERY/1 | UNICOR DRAPERY OPERATION | 08-07-2019 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ATL | ESL HAS | ENGLISH PROFICIENT | 01-12-2016 |
| ATL | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-12-2016 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ATL | C | BIBLE COLLEGE ASSOCIATE DEGREE | 11-04-2016 | 08-14-2018 |
| ATL | C | COMMUNITY RESOURCES | 12-07-2017 | 12-07-2017 |
| ATL | C | VETERANS AFFAIRS | 12-15-2016 | 01-18-2017 |
| ATL | C | RESUME | 04-05-2016 | 06-21-2016 |
| ATL | C | BUSINESS MANAGEMENT | 04-05-2016 | 06-15-2016 |
| ATL | C | RPP1 AIDS & DISEASE PREVENTION | 11-03-2015 | 11-03-2015 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE2 | STABLE, CHRONIC CARE | 10-27-2015 |
| CARE2-MH | CARE2-MENTAL HEALTH | 11-02-2015 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 11-05-2015 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 11-04-2015 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-04-2015 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 10-28-2015 |

## FRP Details

| Most Recent Payment Plan |
|---|

**FRP Assignment:** COMPLT  FINANC RESP-COMPLETED  **Start: 12-15-2016**

| | | | |
|---|---|---|---|
| Inmate Decision: | **AGREED** | $25.00 | Frequency: **QUARTERLY** |
| Payments past 6 months: | $0.00 | Obligation Balance: $0.00 | |

## Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

## Payment Details



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

**SEQUENCE: 01968806**

Dept. of Justice / Federal Bureau of Prisons

**Team Date: 01-23-2020**

Plan is for inmate: PEACE, TERRY EUGENE   65789-019

| Most Recent Payment Plan |
|---|

Trust Fund Deposits - Past 6 months:   $0.00                   Payments commensurate ?   N/A

New Payment Plan:

** No data **

## Progress since last review

I/M has no current progress in Education classes or Recreation classes.

## Next Program Review Goals

Unit Team recommends enrolling Ace Stokes and Bonds Trading and Core Class, Spin Class, Big Man Class, Total Body Class, Step Aerobics, Training Recreation Aides, Structured Lifestyle, Cardiovascular Workout Spin, Boot Camp Fitness Class or Beginner Level Workout by the next program review in July 2020.

## Long Term Goals

Unit Team recommends you to obtain ALL forms of identification for your central file, maintain clear conduct, maintain cell sanitation, save $100 a month and complete 2 ACE courses until/by December 2020.

## RRC/HC Placement

No.
Management decision - 17-19 Months to PRD.

## Comments

FRP Complete



**Individualized Reentry Plan - Program Review  (Inmate Copy)**          SEQUENCE: 01968806
Dept. of Justice / Federal Bureau of Prisons          Team Date: 01-23-2020
Plan is for inmate: PEACE, TERRY EUGENE   65789-019

|  |  |  |  |
|---|---|---|---|
| Name: | PEACE, TERRY EUGENE | DNA Status: | ATL11410 / 10-23-2015 |
| Register No.: | 65789-019 | | |
| Age: | 51 | | |
| Date of Birth: | ████████ | | |

_____

Inmate    (PEACE, TERRY EUGENE. Register No.: 65789-019)

_____

Date

_____          _____

Unit Manager / Chairperson          Case Manager

_____          _____

Date          Date